NOT FOR PUBLICATION

RECEIVED

FEB 1 0 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BARBARA SANTIAGO,

    Plaintiff,

v.

STEPHENS & MICHAELS,

    Defendant.

Civ. No. 15-3617

MEMORANDUM ORDER

THOMPSON, U.S.D.J.

## INTRODUCTION

This matter having been brought before the Court on the *sua sponte* Report and Recommendation of Magistrate Judge Lois H. Goodman dated January 20, 2017 (ECF No. 22); and it appearing that the parties having been given opportunity to respond or object to this Report and Recommendation by February 3, 2017; and no objections having been received as of that date; and it appearing after review that the Court should adopt the Report and Recommendation without modification;

IT IS on this 8 day of February, 2017,

ORDERED that the Report and Recommendation is hereby adopted and entered; and it is further

ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE; and it is further

ORDERED that this case is closed.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.

1